UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Kevin Hennig,　　　　　　　　　　　Case No. 15-32733-dof
　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor.　　　　　　　　　　　　　　Hon: Daniel Opperman
_____/

Notice of Deadline to Object to Proposed Chapter 13 Plan Modification

　　　The deadline to file an objection to the attached proposed chapter 13 plan modification is 21 days after service.

　　　If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

　　　If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

　　　Objections to the attached proposed chapter 13 plan modification shall be served on the following:

Carl L. Bekofske
Chapter 13 Standing Trustee
400 N. Saginaw Street, Ste. 331
Flint, MI 48502

Scott M. Kwiatkowski, Esq.
4000 Town Center
Ste. 1200
Southfield, MI 48075

　　　　　　　　　　　　　　　　　　　　GOLDSTEIN, BERSHAD & FRIED, P.C.

Dated: October 18, 2018　　　　　　　　　/s/ Scott M. Kwiatkowski
　　　　　　　　　　　　　　　　　　　　Scott M. Kwiatkowski (P67871)
　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　4000 Town Center, Suite 1200
　　　　　　　　　　　　　　　　　　　　Southfield, Michigan 48075
　　　　　　　　　　　　　　　　　　　　(248) 355-5300
　　　　　　　　　　　　　　　　　　　　scott@bk-lawyer

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Kevin Hennig,                   Case No. 15-32733-dof
                                              Chapter 13
    Debtor.                         Hon: Daniel Opperman
_____/

## PROPOSED POST-CONFIRMATION PLAN MODIFICATION

Kevin Hennig has filed papers with the Court to modify his confirmed Chapter 13 Plan.

An Order Confirming Plan was entered on May 27, 2016. Debtor fell behind in his Plan payments due to extensive medical bills incurred over the past 6 months. The documentation supporting said expenses have been sent to the Chapter 13 Trustee. Due to the delinquency in payments a payment increase is needed in order for Debtor's Plan to complete as confirmed. A proposed Order is attached as Exhibit A.

Accordingly, Debtor proposes to modify his confirmed Plan pursuant to L.B.R. 3015-2(b) as follows:

- Debtor's delinquent Plan payments in the amount of $9,721.94 shall be excused;

- Debtor's Chapter 13 Plan payment shall increase to $2,009.64 per month effective November 1, 2018;

Pursuant to L.B.R. 3015-2(b), Guideline #6, the above proposed plan modification will not have an adverse impact on creditors in Classes 1, 2, 3, 4, 5, 6, 7 or 8.

(See attached plan calculation)

In all other respects, the Order Confirming Plan referred to above shall remain in full force and effect.

                                                                                 GOLDSTEIN, BERSHAD & FRIED, P.C.

Dated: October 18, 2018                  By:    /s/ Scott M. Kwiatkowski
                                                                       Scott M. Kwiatkowski (P67871)
                                                                       Attorney for Debtor
                                                                       4000 Town Center, Suite 1200
                                                                       Souththfield, Michigan 48075
                                                                       (248) 355-5300
                                                                       scott@bk-lawyer.net

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Kevin Hennig,  Case No. 15-32733-dof
 Hon. Daniel Opperman
Debtor.  Chapter 13
_____/

## ORDER MODIFYING PLAN

This matter has come before the Court upon the Notice of Proposed Post-Confirmation Plan Modification and no interested parties have filed objections. Accordingly, the Court having reviewed this Order finds good cause to grant the relief requested and enters this Order.

IT IS HEREBY ORDERED that Debtor's delinquent Plan payments in the amount of $9,721.94 are excused;

IT IS FURTHER ORDERED that Debtor's Chapter 13 Plan payment shall increase to $2,009.64 per month effective November 1, 2018.

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

EXHIBIT A

**15-32733-DOF** KEVIN HENNIG  160 7TH STREET • • IMLAY CITY • MI • 48444

Bar Date(s): 3/7/2016 (has passed) 5/16/2016 (has passed)
$1,739.01 MO/
Confirmed: 5/27/2016
Case Status: OPEN CASE

Trustee: Carl L. Bekofske   Attorney: FREE BANKRUPTCY EVALUATION

29 Month(s) since Confirmation  UP = $0.00  TPI = $45,105.69  TPILR = $45,105.69  BOH = $0.00  BOH+FEES = $0.0(

| Line | | Name | Claimed Amount | Mortgage Due | Coll/Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | | |
| 1 | | FREE BANKRUPTCY EVALUATION | $847.00 | | | | | | |
| | **DEBTOR REFUND** | | | | | | | | |
| 2 | | KEVIN HENNIG | | | | | | | |
| | **PRIOR ATTORNEY** | | | | | | | | |
| 3 | | FREE BANKRUPTCY EVALUATION | $3,410.00 | | | | | | |
| | **MONTHLY MORTGAGE PAYMENT** | | | | | | | | |
| 4 | | LOAN CARE | | | | | $898.78 | $27,862.18 | |
| 5 | | LOAN CARE | $12,944.35 | $12,944.35 | | | | $12,944.35 | |
| | **MORTGAGE ARREARS** | | | | | | | | |
| 6 | | LOAN CARE | $6,456.06 | $6,456.06 | | | | $6,456.06 | |
| | **SECURED CREDITOR** | | | | | | | | |
| 7 | | LOAN CARE | $650.00 | $650.00 | | | | $650.00 | |
| | **APPEARANCE/NOTICE ONLY** | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | TROTT LAW, PC | | | | | | | |
| | **SECURED CREDITOR/COL VEHICLE** | | | | | | | | |
| | | BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C. | | | | | | | |
| 10 | | CHRISTIAN FINANCIAL CU | $20,885.59 | | $3,253.47 | 6.7600 | $596.52 | $3,314.21 | 5 |
| 11 | | CHRISTIAN FINANCIAL CU | $73.32 | | $73.32 | | | $73.32 | |

| | Total Unsecured | Percent Allowed | Amount Allowed |
|---|---|---|---|
| 12 | All Unsecured Creditors | 5952.12 | 100 | $5,952.12 |

15-32733-dof    Doc 83    Filed 10/18/18    Entered 10/18/18 14:56:08    Page 4 of 7

**Change Line#** 0  [Restart]

**Trustee's %** 8.1

**Lump Sum $** 0.00

**Delete Line** 0

[OK] **Plan Terms** 31    [Calc] **Unsecured %** 100    [Calc] Due to Creditors: $1,627.09
In from Debtor: $2,009.64

[OK]

### Debtor 1 Pay Schedules

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| IDEAL TECHNOLOG | $2,009.64 | MONTHLY | $ | ? |
| KEVIN HENNIG | $0.00 | WEEKLY | $ | ? |

### Debtor 2 Pay Schedules

| Who's Paying | Amount | Schedule | Upd |
|---|---|---|---|
| DEBTOR | $0.00 | WEEKLY | $ |

$62,298.41
$62,298.84

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Kevin Hennig,　　　　　　　　　　　Case No. 15-32733-dof
　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　Debtor.　　　　　　　　　　　　　　　　Hon: Daniel Opperman
_____/

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on October 18, 2018 I electronically filed the following papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following ECF Participants:

| Documents Filed: | Notice of Deadline to Object, Plan Modification, proposed Order and Certificate of Service |
|---|---|
| ECF Participants: | All parties listed by the Court for service via electronic mailing |

And I hereby certify that I have mailed the documents by United States Postal Service to the following non-ECF participants:

| All Creditors Listed on the Attached PACER Matrix |
|---|

　　　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Gamalski
　　　　　　　　　　　　　　　　　　　　Jennifer L. Gamalski
　　　　　　　　　　　　　　　　　　　　4000 Town Center, Suite 1200
　　　　　　　　　　　　　　　　　　　　Southfield, MI 48075
　　　　　　　　　　　　　　　　　　　　Phone: (248) 355-5300
　　　　　　　　　　　　　　　　　　　　Fax: (248) 355-4644
　　　　　　　　　　　　　　　　　　　　Scott M. Kwiatkowski P-67871
　　　　　　　　　　　　　　　　　　　　email scott@bk-lawyer.net

Dated: October 18, 2018

```
Label Matrix for local noticing          Athena J. Aitas                          Carl Bekofske
0645-4                                   31440 Northwestern Highway               400 N. Saginaw Street
Case 15-32733-dof                        Suite 200                                Suite 331
Eastern District of Michigan             Farmington Hills, MI 48334-5422          Flint, MI 48502-2045
Flint
Wed Oct 17 15:12:26 EDT 2018

Capital One                              Cenlar Loan Admin & Reporting (Cenlar)   Christian Financial CU
Attn: Bankruptcy                         425 Phillips Blvd                        Attn Bankruptcy
Po Box 30285                             Ewing, NJ 08618-1430                     18441 Utica Rd
Salt Lake City, UT 84130-0285                                                     Roseville, MI 48066-4299


Christian Financial Credit Union         Chrstn Fn Cu                             Shawn C. Drummond
18441 Utica Road                         Attn:Bankruptcy Dept                     31440 Northwestern Highway
Roseville, MI 48066-4299                 18441 Utica Rd                           Suite 200
                                         Roseville, MI 48066-4202                 Farmington Hills, MI 48334-5422


Marcy J. Ford                            (p)FRONTIER COMMUNICATIONS               Kevin Hennig
31440 Northwestern Highway               BANKRUPTCY DEPT                          160 7th Street
Suite 200                                19 JOHN STREET                           Imlay City, MI 48444-1022
Farmington Hills, MI 48334-5422          MIDDLETOWN NY 10940-4918


Scott Kwiatkowski                        Lakeview Loan Servicing, LLC             Lakeview Loan Servicing, LLC.
4000 Town Center, Suite 1200             c/o LoanCare                             C/o Cenlar FSB
Southfield, MI 48075-1413                3637 Sentara Way                         Attn: Bankruptcy Dept.
                                         Virginia Beach, VA 23452-4262            425 Phillips Blvd.
                                                                                  Ewing, NJ 08618-1430

Midland Credit Management, Inc. as agent for   Crystal L. Price-Buckley           Karen L. Rowse-Oberle
Midland Funding LLC                            31440 Northwestern Highway         24525 Harper Ave.
PO Box 2011                                    Suite 200                          Suite Two
Warren, MI 48090-2011                          Farmington Hills, MI 48334-5422    St. Clair Shores, MI 48080-1286
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Frontier Communication
19 John St
Middletown, NY 10940
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Christian Financial Credit Union      (u)Lakeview Loan Servicing, LLC          End of Label Matrix
                                                                                  Mailable recipients   17
                                                                                  Bypassed recipients    2
                                                                                  Total                 19
```